FILED

NOV 1 3 2020

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____

NOV-I-20 DEPUTY CLERK

UNITED STATES DISTRICT
WESTERN DISTRICT OF TEXAS

# DR20CV0067

Good day your honor, lady, gentleman or the person in charge of this honorable U.S. court, I'm trying to address this court, as brieffly as possible, taking in consideration that english is not my primary language, and some wards may not been writed the right way, but since I have the urgent necesity to expose my case to an honorable U.S court, and since I'm not a lawyer, or anything like that, I'm trying to do't as best I can. (CVRA, title 18 section 3771 US code)

First of everything as this court can vergfey, I'm a BOP offender my BOP#10748173, and somehow BOP is aware of my situation, because they have all my medical records since 2011.

I want for this conduct, to file a complaint or a Law suite, to GEO, in Del Rio facility, aswell to Limestone county Det. center in Groesbeck Tx. (CCE or CEC or wherever the name is where I was injured in 2-8-13 while employed for the kitchen contractor of that facility and while working that day (after employed as head cook for that kitchen contractor for more than a year I injured my lower back trying to lift a heavy object from the floor, and twisting at same

Vega



time, an incident report was wrote that day around 5-7 A.m, while I was preparing the breakfast for around 1.300 inmates (I have proof of everything that I'm saying, paper work, incident reports, medical requests, as well as Requests to, and from the warden, related to that injury.) the warden in charge of that facility wrote to me that since that injury happened _while working_ for the Kitchen contracter, He was going to make sure that the contractor takes care of my medical situation since that was a working injury. (have copy of that too)

That day I was prescribed Pain Killers for my Pain by the facility doctor, and I was Put on light duty several weeks, and the Pain killers took some of the Pain out, but not cure so instead of send me to a real doctor, the way they supposed to handle a work related injury. Instead I was transfered to another facility (GEO Winton North. carolina) with that medical condition in my file, I continued to get that prescription until my sentence, federal sentence was complete. several years later, even when I was done with my sentence, I was transfered, to an immigration Facility

③

in Farmville Virginia, and continued to get those Pain Killers every day until I was deported in Dec. 2015, I was deported with that medical condition, (Everything I'm saying, I swore is truth. and can be Veryfy, and must be Veryfy in my medical files on BOP # → 10748173 and Immigration # 206717742.

New about GEO Del Rio facility, I'm in this facility for 15 months now, Pending sentence for Feb 2-2021, Anyway since I'm here in 2019, I continued to get the Pain Killers for my work related lower back injury since my arrival here in Aug. 2019, Anyway, in Sep. 2019 I was hired to work in this facility on Laundry deparment washing the clothes every day for around 1500 inmates, more or less, and others duties such. Pushing a cart around the facility weighting more than 600 pounds of gailons of chemicals to fill up the storege of the diferent Houses around, so after I work for laundry department for two months, on Wadnesday 11-27-2019, around 9:45-10:00AM while pushing that cart and unloading some containers in Unit 6 I Re injured my lower

(4)

back again, while working, an incident report
Was wrote, my lower back was in pain really
bad, making it really painfull even to walk,
I was send to medical at the facility, and
the lady there just took my pressure, and
advised me to go lay down to my room, and
I was excused from work that day. she told me
to keep taking my pain medicine as I was
usually taking for the last few years, plus
I was prescribed the double ammounth that
I was taking, what happened next
working day my lower back was in pain
really bad due to the work injury, and
I don't make't to go to work due to my pain,
that day instead of send me to medical, I
was fired from work, and I was moved to
another house unit, since this is work related
injury, they should take care of my injury
because that happened while working and they
been neglecting my med requests, some of
my grievences also, and they are braking
my basic human rights. that is why
I'm looking for Justice and I'm formally
filling a law suit, complaint, and indictment
through this letter.

(5)

→ this is nothing related to my criminal case, or the indictment that I'm being processed and waiting sentence.

Erasmo C. Rodriguez , 11-1-2020.

I deeply believe in Justice, I believe and love the Justice in this country, so in the name of Justice I'm filling this law suite and complain, agains, GEO Del Rio tx, aswell as GEO winter N.C. Rivers facility, Limestone county Dete center in Groasbeck Tx. (CCF or CEC) for medical negligence, also for braking the laboral injury laws of this country also if that apply, for modern slavery work, hiring wet backs or illegal alliens as my self. to make big Profits as a labor force in this private busines or facility.

They Punishing this people for coming to work illegally to this country, when they are being punished or encarcarated and feel Vulnerable, this facilities take adventage of that and work these peoples like slaves, some cases more than 40 hrs a week, paying them 3 soups, 2 sodas, 1 Pk tortille. every week. Without any Labor right this is my complain and my lawsuite

ATTE Erasmo C. Rodriguez - 11-1-2020 →



I AM DIRECTING MY COMPLAINT, OR MY
LAW SUITE, TO THIS HONORABLE COURT, AND
AUTHORIZE THIS COURT TO INVESTIGATE
EVERYTHING THAT I PREVIOUSLY
STATED. Erasmo G. Rodriguez 11-1-20

( CVRA, crime Victims Rights Act) (Title 18 section 3771 U.S code)
~ MY NAME ~ Erasmo Guadalupe Rodriguez Zubia.
MY BOP ~ 10748173 ~ (medical Files)
MY INM.# ~ 206717742

(Please make this complaint arrive to the right court.)
   P.S. please send copy of this complaint
       to. US MARSHALLS, THE JUDGE IN
CHARGE OF MY SENTENCING, (Moses or Valderrama
MY ATTORNEY. RICHARD. CALDERON. MY
CONSULATE. AND ANY COURT PERTAINING
TO THIS CASE. Erasmo G. Rodriguez. 11-1-202

• Please direct me, some legal
  help. for this case.

(800) 636-0501 **CORRECT RX PHARMACY SERVICES, INC.** 1352-C CHARWOOD RD HANOVER MD 21076

**RODRIGUEZ, ERASMO** 317
**IBUPROFEN (MOTRIN) 800MG TAB**
TAKE 1 TABLET BY MOUTH TWICE A DAY *TAKE WITH
FOOD*

JM10748173
STRIDES PH
QTY 60

↓ SCAN ↓
RX 27382134-2   UM1074817
RODRIGUEZ, ERAS  317   QTY 60
IBUPROFEN (MOTRIN) 800MG TAB

RX 27382134-2
In Place Of MOTRIN 800

CADENA, ANTONIO      D1
SAL / KAK   1 of 2

(800) 636-0501 **CORRECT RX PHARMACY SERVICE** CHARWOOD RD HANOVER MD 210

**RODRIGUEZ, ERASMO** 317
**IBUPROFEN (MOTRIN) 800MG TAB**
TAKE 1 TABLET BY MOUTH TWICE A DAY *TAKE WITH
FOOD*

JM10748173
STRIDES PH
QTY 60

↓ SCAN ↓
RX 27382134-2   UM1074817
RODRIGUEZ, ERAS  317   QTY 60
IBUPROFEN (MOTRIN) 800MG TAB

RX 27382134-2
In Place Of MOTRIN 800

CADENA, ANTONIO      D1
SAL / KAK   2 of 2   D1

TECH.   RPh
SAL /

START
07/28/2020
FILL
09/30/2020
STOP
10/25/2020

this is the amount of pain
Killers that I been taking
for several years now, because
that medical negligence

Erasmo GPL. Rodriguez Rubia    WM - 10748173

GEO Secure Services

Val Verde County Detention Facility

P.O. Box 426011

Del Rio, TX 78842-6011

This correspondence is from an
Inmate in a Correctional Facility
Val Verde Correctional Facility

SAN ANTONIO TX 780
RIO GRANDE DISTRICT
4 NOV 2020  PM 4

Barn Swallow

Energy Awareness Month

78840-5573ZO

(legal mail)

UNITED STATES DISTRICT COURT
U.S District clerks office
111 East Broadway Room L100
Del Rio TX. 78840