**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION**

| | | |
|---|---|---|
| **ERASMO GUADALUPE** | § | |
| **RODRIGUEZ-ZUBIA,** | § | |
| Plaintiff, | § | |
| | § | |
| **v.** | § | **Civil Action No.** |
| | § | **DR-20-CV-0067-AM-VRG** |
| **GEO DEL RIO, TX; GEO WINTON,** | § | |
| **NC, and LIMESTONE COUNTY** | § | |
| **DETENTION CENTER,** | § | |
| Defendants. | | |

## ORDER TO CURE DEFICIENCY

United States District Judge Alia Moses referred the above-captioned matter to the undersigned for initial proceedings consistent with 28 U.S.C. § 636(b).  The undersigned is in receipt of the complaint tendered by Plaintiff in this matter.  For this action to proceed, Plaintiff must either pay the $402 total filing fee or obtain leave to proceed without prepayment of the fee. *See* 28 U.S.C. §§ 1914(a), 1915(a)(1).  Plaintiff has neither paid the filing fee required by § 1914(a) nor submitted a motion for leave to proceed *in forma pauperis* in accordance with § 1915(a)(1)-(2).

**IT IS THEREFORE ORDERED** that Plaintiff shall cure the above-designated deficiency within **30 days** of the date of this order by either paying the filing fee in full or submitting a properly completed Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form) along with a certified copy of his trust fund account statement for the preceding six months.  **IT IS FURTHER ORDERED** that Plaintiff shall amend his complaint and submit it on the form prescribed for such actions by the Administrative Office of the United States Courts within **30 days** of the date of this order.

Plaintiff's failure to comply with this order may result in the dismissal of this action pursuant to Federal Rule of Civil Procedure 41.  The Clerk shall forward a copy of AO Form 240 and AO Form Pro Se 14 to Plaintiff to enable him to comply with this order.

**SIGNED** this 2nd day of December, 2020.

**VICTOR ROBERTO GARCÍA**
**UNITED STATES MAGISTRATE JUDGE**

2