Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

**FILED**

December 18, 2020
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____ LS _____

DEPUTY

# UNITED STATES DISTRICT COURT

for the

Western District of Texas

Del Rio Division

Case No. **DR-20-CV-67-AM-VRG**

*(to be filled in by the Clerk's Office)*

Erasmo Guadalupe Rodriguez Zubia

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint.*
*If the names of all the plaintiffs cannot fit in the space above,*
*please write "see attached" in the space and attach an additional*
*page with the full list of names.)*

-v-

Geo. Del Rio Tx, Geo Winton N.C, Limestone County Det. Ctte

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the*
*names of all the defendants cannot fit in the space above, please*
*write "see attached" in the space and attach an additional page*
*with the full list of names. Do not include addresses here.)*

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

(Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

VRG

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## I.     The Parties to This Complaint

### A.     The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

Name                                    Erasmo Guadalupe Rodriguez Zubia

All other names by which

you have been known:

ID Number                               10748·173

Current Institution                     Geo, Valverde Corraction. Facility.

Address

Del Rio            Texas        78842
*City*              *State*        *Zip Code*

### B.     The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  Make sure that the defendant(s) listed below are identical to those contained in the above caption.  For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

Defendant No. 1

Name                          GEO, Valverde corruction. faulity

Job or Title *(if known)*

Shield Number

Employer

Address                       P.O Box    426011

Del Rio            Texas        78842
*City*              *State*        *Zip Code*

☑ Individual capacity      ☑ Official capacity

Defendant No. 2

Name                          GEO   Rivers.

Job or Title *(if known)*

Shield Number

Employer

Address

Winton             N.C.
*City*              *State*        *Zip Code*

☑ Individual capacity      ☑ Official capacity

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

Defendant No. 3

Name    Limestone County Detention Center.

Job or Title *(if known)*

Shield Number

Employer

Address    Tyus Road

Groesbeck.    Texas

City    State    Zip Code

☑ Individual capacity    ☑ Official capacity

Defendant No. 4

Name

Job or Title *(if known)*

Shield Number

Employer

Address

City    State    Zip Code

☐ Individual capacity    ☐ Official capacity

## II.    Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

☑ Federal officials (a *Bivens* claim)

☑ State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

OSHA, rights or statutes, and all that may apply.

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

OSHA rights

D.     Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

(r·m)
I was serving FEDERAL SENTENCE, in those Institutions

## III.    Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☐    Pretrial detainee

☐    Civilly committed detainee

☐    Immigration detainee

☐    Convicted and sentenced state prisoner

☐    Convicted and sentenced federal prisoner

☑    Other *(explain)*   16½ months encarcerated, waiting to be sentenced (Federal)

## IV.    Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.     If the events giving rise to your claim arose outside an institution, describe where and when they arose.

B.     If the events giving rise to your claim arose in an institution, describe where and when they arose.
Limestone County Det. ctr. — Feb. 8 - 2013
GEO Rivers, Winton North Carolina — march or Apr. 2013 to sep. 2014
GEO Valverde Del Rio Tx. Facility— 11-27-2019, still happening on
       to day's date.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

C.    What date and approximate time did the events giving rise to your claim(s) occur?    report.

— 2-8-2013 - Aprox. 5-7 A.M. — Limestone County Det. ctr. (incident pap.)

— March or April 2013 - was transfer to winton N.C. with medical condition to serve the rest of my fed. sentence until 9-2014 (transfer to inmig with med. cond.

— 11-27-2019 - on or around 10: AM, while being employed at laundry (incident report I was prescriben double the ammount of pain killers (3.200 mg. day) until now, I was fired from work because that, I been denied to get a job (I'm not medical cleared)

D.    What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

In Limestone county where I was working as head cook for more than a year, when this incident ocures (injured my lower back) the lady in charge of the kitchen (miss west) send me to the medical at the institution, I was put in light duty for about next 2 to 3 weeks, later I contact the mayor of the institution regarding my work related injury, the mayor reply to me since all this happen while working to the kitchen contractor (I have that letter or request) He was going to make sure the kitchen contractor take medical care of me, Instead of that I was transfered to winton N.C. (with that medical condition) to do the rest of my sentence over there, I was listed in every monthly review with medical condition and keep getting the pain killers, when I got done with my sentence and was transfered to inmigration (ICA farmville virginia) where I was detained in inmigration facility, as well as sierra blanca TX. during 2015, still taking meds.

**V.    Injuries**

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

— I was required to see a medical specialist in lower back injury, and since this happen while I was employed for kitchen independent contractor OSHA requires medical attention if injured while working never have that while employed at limestone county Det. center, Instead I was transfered to winton North Carolina, listed with medical condition (pick up my KOP medication every month, never was send to specialist.

— Now here in Del Rio facility, when I reinsured last year in 11-27-2019 they wrote an incident report and was send to medical, the lady there just check my presure and send me back to lay down in my room for the rest of the working day (double the ammount of painkillers to 3200 mg. a day) next working day because I was in pain real bad I was fired from work, and not get any medical attention for my lower back injury (except meds)

**VI.    Relief**

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged.  Explain the basis for these claims.

— From Limestone county since my lower back injury happen while I was employed more than a year as head cook (I was responsible for prepare the meals for around 1300 inmates for more than a year) when I insured my lower back while working for the kitchen contractor back then, and since after that, I can not perform a hard work any more I'm requesting from limestone county, to get for me, medical compensation therapy or wherever be necesary and also money damages since I can not perform a hard work since then, also need they to procure some legal way, to stay in this country.

— From Geo Valverde correction facility, since they fired me from work next working day on after I was reinsured was fired on 12-2-2019, because I was in pain really bad, and not show up to work, and after that, they just double the ammount of medication that I was getting, they neglect me my medical situation at all, I also been denyed to have job during this year, because that medical situation, they making hard my staying in this facility, because I'm not allowed to work nowhere else since they firme, I'm not medical clear, they are responsible to make me do a hard time in this place afecting my emotional as well as psicological I'm held this facility, responsable for my lower back injury as well as medical negligence, I want medical help as well as monetary compensation and some legal way to stay in this country (I'm affraid that a renal or pancreas damage may occure in the future due to taking those meds many years now

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## VII.   Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures.  Your case may be dismissed if you have not exhausted your administrative remedies.

A.   Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

Limestone County Detention Center - 2-8-2013
Geo Rivers Winton North Carolina - 3-or 4-2013 to 9-2014
ICA (Immigration Centers of America) Farmville Va. - 9-25-2014 to 2-13-2015
Sierra blanca Ingr. facility sierra blanca TX - 8-15-to 12-2015
Geo. Valverde Del Rio Facility - 8-7-2019 - still there
✱ On Geo Rivers, Winton N.C. the Administrative remedy process was exhausted. ✱

B.   Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☑ Yes

☐ No

☐ Do not know

C.   Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes

☑ No

☐ Do not know

If yes, which claim(s)?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D.    Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☑ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☐ No

E.    If you did file a grievance:

1.    Where did you file the grievance?

a)- Geo Rivers - Winton North. Carolina

b)- Geo Valverde Del Rio Facility

2.    What did you claim in your grievance?

a) In Winton N.C. at Geo I was asking for medical attention for my medical condition (Lower back injury)

b) In Geo Valverde, 11-29-2019 (about my injury asking med attn), 5-13-2020 (beging for Job), 8-13-2020 (suplicating for a Job) was stressed and depressed, 12-4-2020 (Requesting medical attention for my work related injury)

3.    What was the result, if any?
a) In Geo Winton North Carolina they say that I was transfered from Limestone county in Groesbeck Texas with that medical condition in my file, so I was not allowed to have a full time Job there (Kitchen Loundry, etc). (process exhausted)
b) In del Rio Facility Geo, 11-29-2019, and 12-4-2020 - I do not have any response, on the one in 5-13-2020, they say I can not have Job because I'm not medically clear, in the one of 8-13-2020, I get it back 4 months after I send it, they say can not hire me because I'm not medically clear. (If I'm not medically clear is not my fault, is their fault)

4.    What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. (Describe all efforts to appeal to the highest level of the grievance process.)

They do not listen, some times they ignore that, they take months to return the grievence or not returned at all

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

F.      If you did not file a grievance:

    1.  If there are any reasons why you did not file a grievance, state them here:

In Limestone County detention center, I did not file a grievance, because about 5 weeks after I was injured, I was transfered to North Carolina with. the medical issue in my medical file.

In this facility, I do not file step II, because they not answer yet two of my step one, and we never have any sheets for step II available

    2.  If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

I send't many request (medical) at this facility after I was injured on 11-27-019, and fired from work in 12-2-2019, and they ignored me; send (12-6-2019, - 12-16-2019, - 1-6-2020, 8-22-2020, 11-30-2020, 12-4-2020) medical Request

G.      Please set forth any additional information that is relevant to the exhaustion of your administrative remedies. - on Geo winton N.C. I exhausted the grievence process.

(Geo Del Rio Tx) two of my administrative remedies was never answer, 11-29-2019; and 12-4-2020. Also the one I send in 8-10-2020, I get't back 4 months after I send't get't back on 12-4-2020 (ATTACHED)

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)* (ATTACHED)

## VIII.   Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☑ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

A.    Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☑ No

B.    If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.  Parties to the previous lawsuit

Plaintiff(s) _____

Defendant(s) _____

2.  Court *(if federal court, name the district; if state court, name the county and State)*

_____

3.  Docket or index number

_____

4.  Name of Judge assigned to your case

_____

5.  Approximate date of filing lawsuit

_____

6.  Is the case still pending?

☐ Yes

☐ No

If no, give the approximate date of disposition. _____

7.  What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

_____

C.    Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

no

(Just send a letter to human rights to Phoenix Az back in 6-3-2020 never get an answer) also I wrote to BOP in washington and to Texas ACLU, don't get response.

Page 9 of 11

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

☐ Yes

☑ No

D.    If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.  Parties to the previous lawsuit

    Plaintiff(s)    _____

    Defendant(s)    _____

2.  Court *(if federal court, name the district; if state court, name the county and State)*

    _____

3.  Docket or index number

    _____

4.  Name of Judge assigned to your case

    _____

5.  Approximate date of filing lawsuit

    _____

6.  Is the case still pending?

    ☐ Yes

    ☐ No

    If no, give the approximate date of disposition    _____

7.  What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## IX.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    12-4-2020

Signature of Plaintiff    _Erasmo G. Rodriguez._

Printed Name of Plaintiff    Erasmo Guadalupe Rodriguez Zubia

Prison Identification #    Geo Valverde Detention Facility.

Prison Address    P.O Box 426011

Del Rio               Texas          78842
City                   State          Zip Code

### B.    For Attorneys

Date of signing:    _____

Signature of Attorney    _____

Printed Name of Attorney    _____

Bar Number    _____

Name of Law Firm    _____

Address    _____

_____
City               State          Zip Code

Telephone Number    _____

E-mail Address    _____

I try to submit a certified copy of my found account for the preceding six months in this facility, but I can not get any acces to talk to case manager so she can take care of that for me, but yet I have not be allowed to talk to her, and since the holydays may slow the mail process, and I not have many days available to send this forms back to court, I send it without the account statement certified, I'm trying hard to talk to case mngr, as soon as I get that I will mail't to clerk court. THANK YOU, P.S. ¿Perhaps the court can order case mgr. to provide that for me? My balance is about $16⁰⁰ I get the certified letter from court on 12-14-2020



**Secure Services™**

## INMATE GRIEVANCE FORM- STEP 1
### FORMA PARA QUEJAS DE LOS PRESOS

Inmate Name: Erasmo G. Rodriguez        Inmate ID Number: 10748173
Nombre Del Preso                        Numero del ID Preso

Unit: 1-C-208                           Housing Assignment: 1 C-208
Unidad                                  Vivienda Asignada

---

**FOR OFFICE USE ONLY**

Emergency Grievance: Yes _____    No ✓

Unit Number: 08-3310              Code: 24

Date & Time Received: 8/13/20    GC Signature: [signature]
@09:30A.m.

---

Specify how and when informal resolution was attempted / Especifque como y cuando trato de hallar una solucion informal:

STATE GRIEVANCE (include documentation, name of any witnesses supporting your claim and date of incident. Attach additional pages if necessary.) Especifique la Queja (inluir documentacion, nombre de cualquier testigo que ceritfique su queja y fecha del incidente. Agreque paginas adicionales si es necessario.) Hi, I'm writing this, in order to see if the person in charge of signing the grievance, can help me out to get a Job somewhere, I previously wrote one of this, backs in may (I adjunding with this). explaining the reasons, the response which I get it back few days after that, with some recomendations to follow, which I been doing, submited request to Sanchez y Carbajal, trying to get a Job at the kitchen (on 6-10) but I never have a response from them, or c- mingr. I attempt several times. Hopefully perhaps you can help me with this matter, I been here more than 12 months, an feel sometimes stressed and anxiety. THANK YOU IN ADVANCE. God bless you

Action Requested/ Accion solicitada: I been here more than 12 months, and trying to get a Job, in order to have my level of stress and anxiety low, I make several attempts, but I do not get any answer. THANK YOU. (I submit the previous

Erasmo G. Rodrigue    8-10-020    Grievance, with the response)
Inmate's Signature/ Firma Del Preso    Date/Fecha

Decision and Reason/ Decision y Razones:

The Administration has reviewed your complaint. Investigation was conducted and revealed you are not medically cleared to work. Being medically cleared is a mandatory requirement to be able to do volunteer work in this facility. This concludes our investigation no further action will be taken.

Quelda Idarcia    8/31/20
Signature/Firma              Date/Fecha

If you are not satisfied with the response, you may appeal to the Unit Grievance Coordinator (see reverse side for further instructions.) / Si usted no est satisfecho con la decision puede apetar al Coordinador de Quejas de su unidad.) Ver el reverso donde hallara instrucciones adicionales.

# INSTUCTION FOR COMPLETING THE STEP 1 GRIEVANCE FORM

1. An informal resolution should be attempted prior to the filling of the Step 1 grievance.
2. An emergency grievance is on e that if handled according the regular time limits would subject an inmate to a substantial risk of personal injury or other serious an d irreparable harm, Check the appropriate box to identify our grievance.
3. Complete each section as briefly as possible, writing only in the space provided for inmate use.
4. Only one issue is to be presented on each form.
5. Submit the completed form to the Unit Grievance coordinator within fifteen (15) day of the alleged incident. Do not write in the space provided for the decision and reason.
6. If you are not satisfied with the decision, you may appeal to the Facility Committee within the (5) days of the date of the date of the signature of the decision, via the Unit Grievance Coordinator. Submit your original Step 1 with the appeal.
7. If you wish to obtain assistance in completing the form or in understanding the decision, or wish to obtain a copy of the inmate Grievance Procedures, you may contact the Unit Grievance Coordinator.

# INSTRUCCIONES PARA LLENAR LA FORMA PARA QUEJAS DEL PASO 1

1. Deberá intentarse llegar a una resolución informal antes de someter las quejas en el paso 1.
2. Se considera queja de emergencia una queja que de ser tratada de acuerdo con los márgenes de tiempo normales, pondría el preso en un riesgo considerable de recibir danos personales o de otros sános serios e irreparables. Márque el lugar apropiado para decir si su queja es de este tipo.
3. Llene cada sección tan brévemente como sea posible, y escriba solamente en los espacios provistos par que escriban los presos.
4. Sólamente se puede presentar un asunto en cada forma.
5. Presente la forma ya llena al coordinador de Quejas de la Unidad dentro de un plazo de quince (15) días a partir de la fecha del incidente. No escriba en el espacio provisto de Decisión y Razones.
6. Si no esta satisfecho con la Decisión, puede apelar al Facilidad comité en un plazo de cinco (5) días pártir de la fecha en que fue firmada, por medio de la Coordinadora de Quejas de la unidad.
7. Si usted desea que le ayuden a llenar la forma o a entender la decisión, ó desea obtener una copia del Procedimiento de Quejas de los Presos, puede ponerse n contacto con la Coordinadora de Quejas de la unidad.



## INMATE GRIEVANCE FORM- STEP 1
### FORMA PARA QUEJAS DE LOS PRESOS

Inmate Name: Erasmo G. Rodriguez    Inmate ID Number: 10748173
Nombre Del Preso                    Numero del ID Preso

Unit: I-A - 202    Housing Assignment: I-A - 202
Unidad             Vivienda Asignada

**FOR OFFICE USE ONLY**

Emergency Grievance:    Yes ✓    No _____
Unit Number: _____          Code: _____
Date & Time Received: 5/13/20    GC Signature: Rivera
@ 09:00 A.M.

Specify how and when informal resolution was attempted / Especifque como y cuando trato de hallar una solucion informal:

STATE GRIEVANCE (include documentation, name of any witnesses supporting your claim and date of incident. Attach additional pages if necessary.) **Especifique la Queja** (inluir documentation, nombre de cualquier testigo que ceritfique su queja y fecha del incidente. Agreque paginas adicionales si es necessario.) Hi, the reason I'm writing this, it's not to complain for anything, this is for respectfully, and humboldly request from you, or the person in charge, to letme have a Job, somewhere hallways, Kitchen, medical etc. since my last Job in loundry, o ready past 6 months, due to a pre existent medical condition I was discharged from there but my medical condition do not interfering with being able to perform, any phisical duties envolved to the Job.
The reason I'm requesting this, sir, it's because I been in this place more than 9 months, and they move my sentencing date 9 more months forward in Feb. next year, so this is very stressfull to me, and I do not want be emotionally afected being in this place 18 months without a Job it is really hard time to me. So please sir, I'm begging you to considering all the options, and allow me to have a Job, I hope you understand my situation, and helpme out. THANKS.

**Action Requested/ Accion solicitada:** Please Allow me to have a Job, somewhere, Kitchen, hallwa medical property etc. My Pre existing medical matter will not interfere with me to Performing the Job, I will likelly be in this place 18 months before my sentencing date in Febrary next yr, and I'm very stressed in.

Erasmo G. Rodriguez  5/13/020    THANK YOU SIR, GOD BLESS YOU.
Inmate's Signature/ Firma Del Preso    Date/Fecha

**Decision and Reason/ Decision y Razones:**

Signature/Firma                    Date/Fecha

If you are not satisfied with the response, you may appeal to the Unit Grievance Coordinator (see reverse side for further instructions.) / Si usted no est satisfecho con la decision puede apetar al Coordinador de Quejas de su unidad.) Ver el reverso donde hallara insturcciones adicionales.)

## INSTUCTION FOR COMPLETING THE STEP 1 GRIEVANCE FORM

1. An informal resolution should be attempted prior to the filling of the Step 1 grievance.
2. An emergency grievance is on e that if handled according the regular time limits would subject an inmate to a substantial risk of personal injury or other serious an d irreparable harm, Check the appropriate box to identify our grievance.
3. Complete each section as briefly as possible, writing only in the space provided for inmate use.
4. Only one issue is to be presented on each form.
5. Submit the completed form to the Unit Grievance coordinator within fifteen (15) day of the alleged incident. Do not write in the space provided for the decision and reason.
6. If you are not satisfied with the decision, you may appeal to the Facility Committee within the (5) days of the date of the date of the signature of the decision, via the Unit Grievance Coordinator. Submit your original Step 1 with the appeal.
7. If you wish to obtain assistance in completing the form or in understanding the decision, or wish to obtain a copy of the inmate Grievance Procedures, you may contact the Unit Grievance Coordinator.

## INSTRUCCIONES PARA LLENAR LA FORMA PARA QUEJAS DEL PASO 1

1. Deberá intentarse llegar a una resolución informal antes de someter las quejas en el paso 1.
2. Se considera queja de emergencia una queja que de ser tratada de acuerdo con los márgenes de tiempo normales, pondría el preso en un riesgo considerable de recibir danos personales o de otros sános serios e irreparables. Márque el lugar apropiado para decir si su queja es de este tipo.
3. Llene cada sección tan brévemente como sea posible, y escriba solamente en los espacios provistos par que escriban los presos.
4. Solamente se puede presentar un asunto en cada forma.
5. Presente la forma ya llena al coordinador de Quejas de la Unidad dentro de un plazo de quince (15) días a partir de la fecha del incidente. No escriba en el espacio provisto de Decisión y Razones.
6. Si no esta satisfecho con la Decisión, puede apelar al Facilidad comité en un plazo de cinco (5) días pártir de la fecha en que fue firmada, por medio de la Coordinadora de Quejas de la unidad.
7. Si usted desea que le ayuden a llenar la forma o a entender la decisión, ó desea obtener una copia del Procedimiento de Quejas de los Presos, puede ponerse n contacto con la Coordinadora de Quejas de la unidad.



**Secure Services™**

# INMATE GRIEVANCE FORM- STEP 1
## FORMA PARA QUEJAS DE LOS PRESOS

Inmate Name: Erasmo G. Rodriguez Zubia       Inmate ID Number: 10748173
Nombre Del Preso                             Numero del ID Preso

Unit: 1-C                                    Housing Assignment: 1-C-212
Unidad                                       Vivienda Asignada

---

### FOR OFFICE USE ONLY

Emergency Grievance:    Yes _____    No _____
Unit Number: _____    Code: _____
Date & Time Received: _____    GC Signature: _____

---

Specify how and when informal resolution was attempted / Especifque como y cuando trato de hallar una solucion informal:

incid report, send medic. 11-27-019 around 10 min) other med (49. (12-3, 12-6, 2019)

**STATE GRIEVANCE** (include documentation, name of any witnesses supporting your claim and date of incident. Attach additional pages if necessary.) **Especifique la Queja** (inluir documentacion, nombre de cualquier testigo que ceritfique su queja y fecha del incidente. Agreque paginas adicionales si es necessario.) I been making several attempts also during this year to be send to a real doctor, since this happend (Lower back injury) while working at laundry back on 11-27-019, on or around 10 AM. Melissa Burke was aware of this situation, an incident report was wrote that day with officer Guerrero who was in charge of laundry that day. I was send to medical, around 10:15 that day, the lady in medical just check my pressure, and send me back to lay down at my Unit (1-C) the rest of this day, next working day 12-3-2019, I was in real bad pain making it dificult even to walk, so I do not make it to work, and I was had the prove to BC since then, all this year they dock the amount of pain injurs from bad or working to _____ day, but they neglecting to send me to real do + or ...

**Action Requested/ Accion solicitada:** What I'm requesting from medical departm is to be send to a real doctor to check and take care of my work related injury (Lower back) not ignore me, just because I'm a wet back or illegal alien, since this is work related injury I have right to be seen for a doctor _____

Inmate's Signature/ Firma Del Preso: Erasmo G. Rodriguez    Date/Fecha: 12-4-2019

**Decision and Reason/ Decision y Razones:**

_____

Signature/Firma _____    Date/Fecha _____

If you are not satisfied with the response, you may appeal to the Unit Grievance Coordinator (see reverse side for further instructions.) / Si usted no est satisfecho con la decision puede apetar al Coordinador de Quejas de su unidad.) Ver el reverso donde hallara insturcciones adicionales.)

# INSTUCTION FOR COMPLETING THE STEP 1 GRIEVANCE FORM

1. An informal resolution should be attempted prior to the filling of the Step 1 grievance.
2. An emergency grievance is on e that if handled according the regular time limits would subject an inmate to a substantial risk of personal injury or other serious an d irreparable harm, Check the appropriate box to identify our grievance.
3. Complete each section as briefly as possible, writing only in the space provided for inmate use.
4. Only one issue is to be presented on each form.
5. Submit the completed form to the Unit Grievance coordinator within fifteen (15) day of the alleged incident. Do not write in the space provided for the decision and reason.
6. If you are not satisfied with the decision, you may appeal to the Facility Committee within the (5) days of the date of the date of the signature of the decision, via the Unit Grievance Coordinator. Submit your original Step 1 with the appeal.
7. If you wish to obtain assistance in completing the form or in understanding the decision, or wish to obtain a copy of the inmate Grievance Procedures, you may contact the Unit Grievance Coordinator.

# INSTRUCCIONES PARA LLENAR LA FORMA PARA QUEJAS DEL PASO 1

1. Deberá intentarse llegar a una resolución informal antes de someter las quejas en el paso 1.
2. Se considera queja de emergencia una queja que de ser tratada de acuerdo con los márgenes de tiempo normales, pondría el preso en un riesgo considerable de recibir danos personales o de otros sános serios e irreparables. Márque el lugar apropiado para decir si su queja es de este tipo.
3. Llene cada sección tan brevemente como sea posible, y escriba solamente en los espacios provistos par que escriban los presos.
4. Solamente se puede presentar un asunto en cada forma.
5. Presente la forma ya llena al coordinador de Quejas de la Unidad dentro de un plazo de quince (15) días a partir de la fecha del incidente. No escriba en el espacio provisto de Decisión y Razones.
6. Si no esta satisfecho con la Decisión, puede apelar al Facilidad comité en un plazo de cinco (5) días partir de la fecha en que fue firmada, por medio de la Coordinadora de Quejas de la unidad.
7. Si usted desea que le ayuden a llenar la forma o a entender la decisión, o desea obtener una copia del Procedimiento de Quejas de los Presos, puede ponerse n contacto con la Coordinadora de Quejas de la unidad.



## The GEO Group, Inc.

## VAL VERDE CORRECTIONAL FACILITY
### GRIEVANCE RETURN
### NOTIFICATION

To: Erasmo G. Rodriguez  vm1074873          Date: 5/13/20

From: Grievance Coordinator _____ Grievance Code: _____

This is written notification that your complaint has been returned unprocessed. Grievances that do not meet the following established screen criteria will be retuned to you unprocessed however; you may correct and resubmit your complaint within 15 days from the signature on the returned grievance.

_____Wrong form submitted (**Step 1** grievance form & **Step 2** Appeal form)

_____Grievable time periods has expired (Step 1 grievance must be submitted within 15 days from the date of the incident and Step 2 appeals must be submitted within 5 days of the date of the signature on the Step 1)

_____ Originals not submitted. (Carbon copies are not considered originals even if they have an original signature. The original Step 1 must be submitted with a Step 2 *appeal.*

_____ Inappropriate/ excessive attachments (Your grievance must be stated on one form in the space provided. Attach only official documents such as I-60's, sick calls request, property papers, ect. that supports your claim.

_____ Introduced more than one issue (stick to one issue per grievance unless appealing disciplinary)

___✓___ No documented attempt at informal resolution (You are required to attempt to resolve issues with a staff member prior to filing a grievance. Remember, the attempt must be documented in the space provided including dates and times)

_____ No request relief relief stated (The specific action required to resolve the complaint must be clearly stated in the space provided)

_____ Malicious and vulgar, indecent or physically threatening language directed at an individual.

_____ The issue presented is not grievable

_____ No remedy exists

_____ Inappropriate (You may not ask for monetary damages or any form of disciplinary action against staff)

_____ *Grievance is not signed* (signature must be present in the space provided in order to establish ownership. Multiple signatures are prohibited.

_____ Grieving for another offender (If the problem does not personally effect you, it is not grievance.

* You must submit I-60 to CaseManager Sanchez requesting work. Keep in mind it has not been 6 months since you last worked (12/16/19) and you must be medically cleared to work which your profile shows you are not.

USA FOREVER

(legal mail)

CLERK U.S DISTRICT COURT
WESTERN DISTRICT OF TEXAS
UNITED STATES COURTHOUSE
111 E. BROADWAY SUITE 100
DEL RIO TEXAS 78840

This correspondence is from an
Inmate in a Correctional Facility.
Val verde County Detention Facility.

Erasmo Guadalupe Rodriguez Rubio
UM # 10748-173
P.O BOX - 426011
Geo Valverde Detention Facility
Del Rio Texas 78842