CLERK U.S DISTRICT COURT 4-22-2021

ORDER TO SHOW CAUSE   CASE DR-20-CV-0067-AM-VRG

This is in response to the order that I the Plaintif (on the case DR: 20-CV-0067-AM-VRG) Erasmo Guadalupe Rodriguez Zubia, received to this honorable court on 4-20-021.

**FILED**
**APR 26 2021**
CLERK, U.S. DISTRICT CLE.
WESTERN DISTRICT OF TEX
BY_____ DEPU

ORDER TO SHOW CAUSE

First I start. by stating that new development about my work related injury. some thing that was not included in my original complaint, on 12-30-2020 I was moved to this facility, and on 1-22-2021, I went to my lower back X Rays at this facility, I get te results of the X Rays on 1-26-021, it shows my third vert from buttom up in my lower back is bend.

That is one of the cause or reazons that I believe my complaint should not be dismissed with prejudice.

I also begin to comply with this order, stating that I have realy deep respect, and admirations to Judges, Magistrates, and others envolved in the hard task of impart. Justice, blind transparent and without Prejudgement. I believe in the Justice sistem of this country, transparent, simple, and blind to colors, race, religions, and social status. That is the reazon why I'm currently serving a FEDERAL sentence for illegally re entry this country, after I was deported back in 2015. A sentence that I consider, is fair and deserved sentence, because I broked the laws of this great country, and Law and order is necesary ——→

VVRG



to maintain a Level of Justice, it does not matter how rich, and powerfull the ones that brake the law are.

I know the group or busines organization, that commited the abuse agains me the Plaintiff. are Very rich, and extremely powerfull organizations that have many, many lawyers to work hard for them, to cover the abuse, human rights Violations and Laws braking, like Federal OSHA Laws, that was created to protect every person hired for one employer. Olso to protect that person on the event of work related injury, according to OSHA, the insured, the work related injured employee' is entitled to get medical treatment for that, and the employer is responsable to offer safe work enviroment for his Workers. I do not know about Laws, because I'm not a lawyer, I'm simple human been, who's basic human rights are being shattered or broken in pieces on Purpouse. Ironically for those private institutions under contract from the FEDERAL Goverment, and in the Goverment's efforts to deliver Justice fair and simple, this Corporations (defendants) brake the human rights and American Laws like OSHA.

I know OSHA is intended to employers, and employees.

Talking about Valverde Del Rio facility, they was my employer back on 11-27-2019 ⟶

③

Fact. when I rainjured my lower back, I was pushing a cart full of chemical containers more than 600 pounds around the prison. It was not a laundry cart. This cart was a lot more heavy than a loundry cart. I don't know about meazures but that prison is probably about 1 mile long.

Valverde correction facility in Del Rio, was my employer, because they hire me to work at loundry, back in Sept. 2019, and I was being paid from Them this is another Fact. I was paid 3 maruchan soups, 2 shasta sodas, 1 pk of flour tortillas, every week, for 45 hoars of work every week, this is a Fact because I have to sign every time I got paid.

Olso they was my employer, because an employer have the right to fired their employees, and I was fired for my employer. back on 12-2-2019. this is Fact.

I was injured in 11-27-2019, one day before thanksgiving it was wednesday, everybody have thursday off. for thanksgiving holyday, olso friday 29 sat 30 sunday 1 December, so the first working day after that was monday Dec. 2, that day I was fired from work because my lower back hurt a lot even to walk, and they knew, because they wrote the incident report Fact the previous working day that was wednsday before thanksgiving. so since I donot went to work they fired me that day 12-2-2019, I was fired and ⟶

④

and removed to another housing from 7-D unit, that is where they housing their employees, to 8C unit.

After that re-injure there, they rise the amount of mg. for Pain from 1600 a day to 3200 a day and that is a Fact. For more than 1 year after that incident, I keep looking for medical help, and they was indiferent to my medical requests, as well as grievence, and with their actions they inflict porpously CRUEL AND UNUSUAL PANISHMENT, they know about my condition since the moment they wrote the incident report, and send me to infirmary to be check by medical personel wich gave me the rest of the day off, and send me to lay dawn to my cell. the rest of the day they knew what was going on, and for some reazon they choose to ignore me, fired me from work, and double the ammount of Pain medicine.

FACT

Now, this complain is not agains a person or individual this is agains the institution, and IT'S NOT FRIVOLOUS OR MALITIOUS.

In my opinion the corrections oficers and personal that is employed at this institutions, they don't have easy work because they work with encarcerated persons.

They got my respects, because they show up to work every days, to earn an honest Pay check to provide for their kids and family, and that is respectfull.

That's the reazon why I'm not intent to cause any harm to an individual or person related to ⟶

⑤

→ this abuse, because that would be malicious and frivolous, and that is not the case.

My complaint is agains the institution-Valverde Correction Facility Del Rio Tx, some persons where involved in this Wrong doing, but they did't on behalf of their institution, and this is a Fact.

They broke Federal OSHA laws, and they inflict, unnecesary and unusual Pain in my person for more than a year, this is a fact. I think I was protected for the 8th. amendment that they choose to ignore.

Two weeks after I was fired from loundry, they hire me to Work again on 12-18-2019, cleaning the hallways, and moping the floors. So I was move back from unit 8 C to Unit 7 D, where they keep all their employees, but I only work one night overnight, because they make a mistake calling me to work, because my work related injury, I was not medical clear, and next day on 12-19, they fired me again, and this time they move me to Unit 9 C. with out pay again. This's other fact

All the year 2020 they was aware of my pain, and medical condition, because I took 3200 mg of Pain medicine a day, and this is a fact, because I sign every time I get my KOP of 120 pills every month. And during the year 2020 I filled several medical requests, as well as grievence asking for a Job, but I never get't because of that injury after that I was not →



medical clear to get any Job anywhere until now, because they fail to treat my medical condition, that was caused because the institution choose to brake the FEDERAL OSHA rules, and again I do not know about laws, but they broke FEDERAL LAWS, because I'm in FEDERAL CUSTODY, for all this facts agains Valverde Correction facility in Del Rio, all this cases are very easy to probe true, because everything is documented in my files. For this cause, and because I still in Pain taking medications for Pain in this facility (cut the amount of mg. to 1.600 mg. a day to avoid possible stomach or renal problems in the future for the large Quantity of pain medicine) this is the cause why my complaint should not be dismissed with predudice. this is about Valverde, Del Rio Facility.

Now about LIMESTONE COUNTY DET CTR (LCDC) and Geo Rivers Winton N.C. the reazon, and this is very powerfull reazon that so many years pass since the injury and I never took't to court it's because I was deported or removed from this country, and while I was in Mexico there was nothing I could do about this matter, I was deported with this medical condition in my Inmigration File under INMIGRATION # 206717742, when I got my sentence done in Geo Rivers Winton N.C. →



I was transfered to Inmigration in Farmville Virginia to ICA (Inmigration Centers of America) with that medical condition in my file and continued there to get my pain medicine until my deportation in 2015.

Now during the time I was doing my sentence in Geo Rivers N.C. I was listed in all my monthly or two month Inmate Reviews I was listed with that medical condition, actually they state that I was transfered to Geo Rivers with that medical condition in my file from (LCDC) because that I was not supoused to held full time Job, Now I went thru the Administrative remedy programs at Rivers N.C institution on Level one. They stated that I was transfered to that institution from Limestone (LCDC) with that work related injury in my medical file the reazon that I do not went to levels II and III of the admmistrative remedy it's because I was done with my sentence, and moved to inmigration custody in Farmville Virginia. With that medical condition

Olso in Dec. 2015 I was in El Paso Txin Inmigration Custody since Aug. 2015 asking for Asylum after I was Kidnaped in Mexico, and I continued to get Meds for my medical condition in my File. All this statements about Inmigration can be Verofied under my Inmigration Number I # 206717742, and all my statements →

⑧                                                    ⑧

about Limestone (LCDC) and Geo Rivers in winton N.C. can be Verified under my files, inmate reviews, medical files etc under my BOP # 10748173.

Now this is all I can do to show cause why this complaint should not be dismissed.

I still in Pain that is the true, now finally I get X Rays in this institution that I'm now, something that Valverde never wanted to do last year. or in dec. of the year before, they choose to ignore me and inflict unnecesary Pain to me firing me instead of take responsabilitees of the Poor choices of some of their employees.

THANK YOU FOR HEAR MY CASE.

and letme still believing in Justice.

God bless this country.

Erasmo L. Rodiguez -- 4-21-2021

Erasmo Guadalupa Rodriguez Zubia
UM-BOP-10748-173
Eagle Pass Detention Facility
P.O Box 849
Eagle Pass, Texas 78853

LEGAL

SAN A...
RIO GRA...
22 AP...

USA ★ FOREVER ★

(legal mail)

CLERK. U.S DISTRICT COURT
WESTERN DISTRICT OF TEXAS
UNITED STATES COURT HOUSE
111 E. BROADWAY SUITE 100
DEL RIO TEXAS 78840

78840-557325    cv
(case DA-20 0C67- AM VRG)