①

CASE  DR 20-CV-0067 AM-VRG.    **FILED**

TO CLERK U.S DISTRICT COURT WESTERN DISTRICT OF TEXAS
DEL RIO TEXAS                                    MAY 25 2021
                    5-22-2021                 CLERK, U.S. DISTRICT COURT/
                                              WESTERN DISTRICT OF TEXAS
OBJECTIONS FOR FINDINGS AND RECOMENDATIONS    BY
                                                    DEPUTY CLERK

        I'm responding to the  REPORT AND RECOMENDATION
that states that my complaint should be "dismiss with prejudie"
wich I received a copy by mail on 5-21-2021.

        In the page 9 part III CONCLUSION AND NOTICE. reads
that parties may wish to file an objection to the findings
and recomendations contained on this report, and that is what
I'm doing right now. I'm writing an objection as best as I can
trying to expressing my perceptions on why I'm objecting this
recomendation.   All ways with deep respect to the law, and to
the persons that represent the law and Justice (Judges,
magistrates, clerks etc)

        I'm asking respectfully to this court to order an exten-
sive investigation on the Facts that I provided to this honorable
court on my previous ORDER TO SHOW CAUSE (4-22-2021) reply.

        Olso I want this court to provide a copy of this
reply to this REPORT AND RECOMENDATION and a copy
of my reply to the previous ORDER TO SHOW CAUSE that I
send on 4-22-021, TO HONORABLE ALIA MOSES. U.S District
Judge.   The reason is that since I don't have an attorney
to asist me with this matter. That is why I'm expecting this
honorable court, as well as honorable Judge, to adress this
matter with impartiallity, and see that right here I'm
the victim, and not the victimary.  And this matter
is not malicious or frivolous, because this complaint
is full of FACTS, and not formulated recitations of
the elements of cause of action  ⟶

/AM

②

FILED

The first _fact_ I'm asking to investigate is that my lower back was screen for X RAYS at this facility Eagle Pass. Det. Fac. on 1-22-2021, I get the results on 1-26-2021, the results of the X Rays show third vertebrae from my lower back going up, is bend, That is FACT. Also that I still taking meds for Pain is another FACT, in an investigation, very easy to probe. I'm hurt, my lower back is hurt, that is fact, and I was begging Valverde correction facility for more than a year for medical treatment, for that injury, and in an investigation this fact is very easy to probe. (There's inmate med. requests, dated Grievance, names of persons involved with this, and reply requests from those persons involved with this deliberated pain infliction. I think and I request to this court, to investigate all this _facts_ with dates and persons involved in this occurrence, to make this process more fair and transparent, and to avoid that this human rights abuses not continue to happend. Because it's not only me they commit laboral medical and human rights abuses not only to me but they have the habit to do it to others whenever they have to. Unfortunally not many persons have the opportunity to be hear by a court, and to proof. to a court, this shamefull human rights abuses, commited for the one's that suppoused to be on the side of Law, order, and human rights protection, in Part that's why I'm writing this ⟶
OBJECTION TO FINDINGS AND RECOMENDATIONS.

③

Respectfully asking this honorable court to GRANT to my case to "RECEIVE NOVO REVIEW" and to conduct or order an extensive investigations of this FACTS, and not to look at me as a Victimary; I'm the victim.

Also I deeply appreciate this honorable court to include to me all the sheet with the rights, and constitutions codes I deep appreciate that, even when I'm ignorant and don't have knowledge to properly interpret those constitutional paragraphs, I wish I could have an attorney or adviser to help me with those matters that are very difficoult to me. but can't afford to hire one. Anyway please review again all the Facts that I submited an my previous repply to ORDER TO SHOW CAUSE. There are all the Facts, Fact after fact of this abuse.

This is FACTUAL ALLEGATION and not frivolous or malicious. (factual allegations must be enough to rise a right to relief, above the especulative level) (Twembly 550 us at 555)

The defendants broke my constitutional rights of the eight ammendment; that is: Prohebition agains cruel and unusual Punishments and protects prisioners from the denial of or improper medical care, and the lack of medical care is sufficantly harmpull to evidence deliberate indifference to serious medical needs (STELL 429, U.S. at 106;) Also Gibson V Collier, 920 F, 3d 212, 219. (5th. Cir. 2019) The 8th. ammendment ferbids cruel, and unusual Punishment. The supreme court has construed this Prohibition

to include deliberated indifference to serious medical needs of prisoners (Estelle 429 v.s at 104.) Also I'm objecting this "recomendation for dismiss", for the reazon that this complaint (Plaintif) is true, and will survibe any real investigation of the facts stated on it. I'm able to provide every necesary proof. to show this court that I'm the victim, not the victimizer.  I'm begging this court to order an extensive investigation of the facts that I previously send to this court (4-22-2021) ORDER TO SHOW CAUSE; on that reply I showed to court dates of occurrence of the abuse, in adition to that, I'm providing name of the officer in Valverde who was in charge of the loundry at that moment, and I think still in charge, Officer Guerrero. He knows everything related to this incident, every detail, him and the lady in charge of supply, was his inmediate chief or superviser, they both. asisted the officer that wrote the incident report. at this moment I can't recall the lady's name, but she is in charge anyway everybody knows who she is, this is FACT.

They know I was (facing substential risk of serious harm, also they disregard that risk by facing to take reazonable measures to abate it. (Farmer V Brennan. 511 U.S. 825, 847 (1994) Harris V. Hegmann, 198 F.3d. 153, 159 (5th. cir 1999) (per curiam).

Officer Guerrero and the lady in charge of supplys was his inmediate supervisor They both know when I was fired from loundry they know I was in pain, because ⟶

(5)

they send me to medical or infirmary and asist the officer that fill the incident report and do not do anything to prevent the abuse (Dyer V Houston, 955 F. 3d, 501, 506. (5th cir. 2020)

Olso the nurses in charge of geting the medical request, the person in charge of recciv. the Grievence, they all knew what was going on choose not to do anything. they guilty of: _Deliverate Indiference and unnecesary inflection of pain. repugnant to the conciance of mankind_. (Tzmez V Mzathey, 589 F 3d, 764, 720 (5th cir. 2009)

LCDC - RIVERS CI WINTON N.C. EVENTS.

Under this report, status and Limitations, I'm writing objection to dismiss; This report state that I file for relief many years after the time that I suppouse to file, I want to explain as briupply as possible why. This report says more than 6 years after my lower back was injured in LCDC, and after I was transpened Rivers, Winton N.C. Now this is why I'm asking respectfully to this honorable court, and honorable Judge Alia Moses for an extensive investigation, and for GRANT TO RECEIVE NOVO REVIEW. And for extensive investigation; I have documents (I Go wrote to me from the warden of LCDC, He write and dated that when repplyed to me stating that the kitchen contractor suppouse to take medical care of my work related injury, I Olso have copy of the original incident report,) and I can provide this proof to this honorable court if necessry (I have those in Minnesota, I send most of my paperwork

to my daughter, what I consider important papers to keep all this years. Now when I was expecting what the Warden promised to me (appropiate medical care from the kitchen contractor, I was transfered to Winton N.C with that work related medical record. (inside injury in my) (That appears in every inmate Review that they conduct in Rivers N.C every two to three months, I also have some of those inmate reviews, where I'm listed, with medical condition. and cannot held full time Job there for my medica conditiou Also during my time at that facility I exhausted the step 1 and II of the Grievence, asking them to give me real medical care for my work related injury, they repply to me that I was transfered there from LCDC with that Medical issue. (I can provide those too.)

I was looking for relief since then. So I'm objecting the recomendation to dismiss, for that reazon, I'm asking for investigation. Now if this report of findings and recomendations, contain several significant deficiencies from my part, it's my fault because don't provide much. information of this at te begining of my complaint. Like I said before, I don't have an attorney or anybody with knowlege of rights, to provide me legal advice thru this process. I'm Just an ignorent that's why I'm relying in the impartial and fair Judgement of this honorable court and honorable Judge. That is why I'm requesting the court to give copy of this to honorable Alia Moses



as well as a copy of my reply of the order to show cause

This report also state that I not look for relief during the time that I was in Rivers, I was looking for relief, Grievence,s I 60's, inmate review, olso in the event of an investigation they will find that I olso look for relief, after I was done with my Federal Sentence I was transfered to ICA (Inmigration Centers of America) in Farmville Virginia, I was looking for relief all the time I was Held there in custody of immigration. I was deported expulsed or removed on Feb. 2015, with that work related injury I was prevented to came or to enter this country because was going to happend to me what is happening now (sentenced to 37 months for reentry the country) can't reentry not even to seek for relief to my ageing and well documented work related injury. I was force to leave my family behind in this country 2 doughters 1 son all American citizens, I was back to Mexico after 27 years without Visiting my country, because the Pain in my lower back, I was prevented to get a hard Job, and I get a Job as a private security Guard in My home state Chihuahua mexico, during April or May that year what I was fearing come true I was Kidnaped and badly beat presumably, for my coop. extensive with. DEA and FBI back in South Dakota, when I was indicted there in 2010, I was sentenced to 120 months but for my extensive coop. with those authorities I did 60 months



few weeks after my Kidnaping I decided to turn my self in the international bridge Ojinaga — Presidio Texas, and I was took to custody to El Paso Texas to strt. an asylum process (INMIG.#206717742) my case was credible case on 12-4-2015, the honorable Hudge W. Abbot, in a Fed. inm. court in El Paso Texas dictate recomendations to the court about my case (my case was credible but don't fit in any of the categories to grant Asylum: Face persec. from Goverment, or for religion, sexual orientation, and others) Any way those recommendations was that since I extensively coop. with. DEA and FBI back in South Dakota, they suppouse to provide a way of protection to me. everything is write at court on 12-41-15 in El Paso. So during 2016-2017 I was in touch with my attorney that put me in touch (2010) with DEA and FBI back in South Dakota. (The reazon I mention all this is because I don't mention this to court in my original ~~indictment~~ complaint to this court, and while I was held by inm. or homeland sec. I was trying to get relief from my painfull lower back injury. I continued there to get the medications for my lower back injury (mentioning all this is even dangerous to me in the place where I'm) but I mention all this because the report says there is several significant deficiences regarding LCDC and Rivers Geo N.C. I'm trying to cure those deficiences. Anyway I got

9

deported thru the border Del Rio Tx Acuña on Dec. 2015, I stay in touch to my federal deffender in South Dakota during 2016-2017 (I can prove that) During that time until my arrest in 2019. I keep moving from Acuña Coah. mexico, to Chihuahua mexico, because I fear for my life I do not stay in the same place I stay in Acuña 1 year on some months in Chih. (my mother lives there)

This is the reason that I object to this Recomendation to Dismiss, and I'm asking the court, Grant me NOVO REVIEW, Once Again I trust the court and Judge. to deliver clean and transparent Justice, I'm the Victim here not the Victimary.

GOD BLESS YOU ALL. THANK YOU.

_Erasmo Guadalupe Rodrigues Zubia_    5-22-2021

P.S Please give copy of this to honorable Judge Alia Moses.

MY INMIGRATION NUMBER (206 71 77 42)
If investigate my med. Records there.

I swear every thing I state here is true

Erasmo Guadalupe Rodriguez Zubia
  BOP #10748-173
  Eagle Pass. Det. facility
  P.O Box 849
  Eagle Pass Texas 78853

LEGAL

CLERK U.S DISTRICT (legal mail) COURT
WESTERN DISTRICT OF TEXAS.
UNITED STATES COURTHOUSE
111 E. Broadway, Suite 100
DEL RIO TEXAS  78840

Case DR-20 CV 0067-AM·VRG