AO 450 (Rev. 5/99) Judgment in a Civil Case

# United States District Court

## Western District of Texas

ERASMO GUADALUPE
RODRIGUEZ-ZUBIA,
Plaintiff,

v.

GEO DEL RIO, TX, GEO WINTON,
NC, and LIMESTONE COUNTY
DETENTION CENTER,
Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER:  DR-20-CV-0067-AM-VRG

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came on for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

The Court finds no error in Judge Garcia's report. The Plaintiffs objection (ECF No. 24) is OVERRULED, the Report and Recommendation, (ECF No. 21), is ADOPTED, and the Plaintiff's complaint, (ECF No. 7), is DISMISSED WITH PREJUDICE.

| 09/14/2021 | | Jeannette J. Clack |
|---|---|---|
| Date | | Clerk |
| | | *J. Sanchez* |
| | | (By) Deputy Clerk |