# United States Court of Appeals
#### FIFTH CIRCUIT
#### OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

June 16, 2022

**FILED**

JUL 0 5 2022

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
                    DEPUTY CLERK

Mr. Philip Devlin
Western District of Texas, Del Rio
United States District Court
111 E. Broadway Street
Room L100
Del Rio, TX 78840-0000

      No. 22-50232   Rodriguez-Zubia v. GEO Del Rio
                     USDC No. 2:20-CV-67


Dear Mr. Devlin,

Enclosed is a copy of the judgment issued as the mandate.

                              Sincerely,

                              LYLE W. CAYCE, Clerk

                              By: _____
                              Mary Frances Yeager, Deputy Clerk
                              504-310-7686

cc w/encl:
     Mr. Erasmo Guadalupe Rodriguez-Zubia

# United States Court of Appeals
# for the Fifth Circuit

No. 22-50232

Erasmo Guadalupe Rodriguez-Zubia,

*Plaintiff—Appellant,*

*versus*

GEO Del Rio, Texas; GEO Winton, *North Carolina*;
Limestone County Detention Center, *Groesbeck, Texas*,

*Defendants—Appellees.*

Appeal from the United States District Court
for the Western District of Texas
USDC No. 2:20-CV-67

CLERK'S OFFICE:

Under 5th Cir. R. 42.3, the appeal is dismissed as of June 16, 2022, for want of prosecution. The appellant failed to timely pay the filing fee.

LYLE W. CAYCE
Clerk of the United States Court
of Appeals for the Fifth Circuit

By: _____
Mary Frances Yeager, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT

A True Copy
Certified order issued Jun 16, 2022

*Lyle W. Cayce*
Clerk, U.S. Court of Appeals, Fifth Circuit